**DISMISS and Opinion Filed May 21, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00030-CV

**HERMAN KENYATTA RABB, Appellant**
**V.**
**HILARIO PASILLAS AND MYSTYLYN PASILLAS, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-02366-C**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Molberg

Appellant appeals from the trial court's December 18, 2023 summary judgment. We questioned our jurisdiction over the appeal because it appeared the notice of appeal was untimely. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Under Texas Rules of Appellate Procedure 26.1 and 26.3, the notice of appeal was due no later than January 17, 2024 or, with an extension motion, February 1, 2024. *See* TEX. R. APP. P. 26.1 (providing thirty-day deadline for filing notice of appeal), 26.3 (providing

for fifteen-day extension of time to file notice of appeal).  Appellant filed the notice of appeal on January 18, 2024, within the extension period, but without an extension motion.  *See id.* 26.3.

Because appellant filed the notice of appeal within the fifteen-day grace period, we gave him an opportunity to file an extension motion.  Although we cautioned appellant that failure to comply within ten days could result in dismissal of the appeal without further notice, more than ten days have passed and appellant has not complied.  Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction.  *See id*. 42.3(a); *Brashear*, 302 S.W.3d at 545.

/Ken Molberg/
KEN MOLBERG
240030F.P05                                           JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HERMAN KENYATTA RABB,
Appellant

No. 05-24-00030-CV          V.

HILARIO PASILLAS AND
MYSTYLYN PASILLAS, Appellees

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-22-02366-C.
Opinion delivered by Justice Molberg.
Justices Nowell and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 21, 2024

–3–